NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Pomerantz LLP
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210

CLEAR FORM

ATTORNEY(S) FOR: James Erickson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERICKSON, Individually and on Behalf of all Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>SNAP, INC., EVAN SPIEGEL, and ANDREW VOLLERO<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff James Erickson___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| NONE | NONE |

| | |
|---|---|
| 5/16/17 | /s/ Jennifer Pafiti |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff James Erickson

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**