Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERICKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SNAP INC., EVAN SPIEGEL, and ANDREW VOLLERO,<br><br>        Defendants. | No.  2:17-cv-03679-SVW-AGR<br><br>**MOTION OF ARIADNA ADIJASHVILI AND MARY TAM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Stephen V. Wilson<br>Hearing Date: August 14, 2017<br>Time: 1:30 p.m.<br>CTRM:  10A-10th Floor (1st Street) |

1

Motion of Ariadna Adijashvili and Mary Tam To Consolidate Related Actions, For Appointment as Lead
Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-03679-SVW-AGR

| | |
|---|---|
| SHINU GUPTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, ANDREW VOLLERO, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS, & CO., J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, BTIG, LLC, C.L. KING & ASSOCIATES, INC., CITIGROUP GLOBAL MARKETS INC., CONNAUGHT (UK) LIMITED, COWEN AND COMPANY, LLC, EVERCORE GROUP, LLC, JEFFERIES LLC, JMP SECURITIES LLC, LIONTREE ADVISORS LLC, LUMA SECURITIES LLC, MISCHLER FINANCIAL GROUP, INC., OPPENHEIMER & CO., INC., RBC CAPITAL MARKETS, LLC, SAMUEL A. RAMIREZ & CO., INC., STIFEL FINANCIAL CORP., SUNTRUST ROBINSON HUMPHREY, INC., THE WILLIAMS CAPITAL GROUP, L.P., UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | No.  2:17-cv-05054-MWF-AS<br><br>CLASS ACTION<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:  5A (1st Street) |

2

Motion of Ariadna Adijashvili and Mary Tam To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-03679-SVW-AGR

1
2
3
4
5
6
7

PLEASE TAKE NOTICE that on Monday, August 14, 2017 at 1:30 p.m. before the Honorable Stephen V. Wilson in Courtroom 10A-10[th] Floor, 350 West 1st Street, Los Angeles, CA 90012, Movants Ariadna Adijashvili and Mary Tam (collectively, "Movants"), will, and do move this Court for an order granting their Motion: (1) consolidating the related actions, (2) for appointment of Movants as Lead Plaintiffs of the Class; and (3) for approval of Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

This Motion is brought pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movants should be appointed as Lead Plaintiffs for the class of all purchasers or acquirers of Snap Inc. ("Snap" or the "Company") securities: (a) pursuant and/or traceable to Snap's initial public offering on or about March 2, 2017; and/or (b) publicly traded on the open market between March 2, 2017 and June 6, 2017, both dates inclusive, as Movants have timely made this Motion, have the largest financial interest and otherwise satisfy the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well qualified and has extensive experience in cases of this type.

23
24

In support of this Motion, Movants file herewith a memorandum of points and authorities, the Declaration of Laurence Rosen, and a proposed order.

25
26
27
28

Dated:  July 17, 2017                            Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 17, 2017, I electronically filed the following **MOTION OF ARIADNA ADIJASHVILI AND MARY TAM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 17, 2017.

/s/ Laurence Rosen
Laurence M. Rosen

5

Motion of Ariadna Adijashvili and Mary Tam To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-03679-SVW-AGR