| | |
|---|---|
| 1 | Jennifer Pafiti (SBN 282790) |
| 2 | **POMERANTZ LLP**<br>468 North Camden Drive |
| 3 | Beverly Hills, CA 90210<br>Telephone: (818) 532-6499 |
| 4 | E-mail: jpafiti@pomlaw.com |
| 5 | *- additional counsel on signature page –* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERICKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and ANDREW VOLLERO,<br><br>Defendants. | No. 2:17-cv-03679<br><br>**NOTICE OF MOTION OF THE SNAP INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>DATE: August 14, 2017<br>TIME: 1:30 pm<br>JUDGE: Stephen V. Wilson<br>CTRM: 10A – 10th Floor |
| SHINU GUPTA, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, ANDREW VOLLERO, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS, & CO., J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, ALLEN & COMPANY LLC, BTIG, LLC, C.L. KING & ASSOCIATES, INC., CITIGROUP GLOBAL MARKETS INC., CONNAUGHT (UK) LIMITED, COWEN AND COMPANY, LLC, EVERCORE GROUP, LLC, JEFFERIES LLC, JMP SECURITIES LLC, LIONTREE ADVISORS LLC, LUMA SECURITIES LLC, MISCHLER FINANCIAL GROUP, INC., OPPENHEIMER & CO., INC., | No. 2:17-cv-05054 |

NOTICE OF MOTION

1

RBC CAPITAL MARKETS, LLC, SAMUEL A. RAMIREZ & CO., INC., STIFEL FINANCIAL CORP., SUNTRUST ROBINSON HUMPHREY, INC., THE WILLIAMS CAPITAL GROUP, L.P., UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,

                       Defendants.

1 | TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Howard Weisman, Irland James Stewart, Wu Chen Yueh Chiao and Sanzhar Khussainov (collectively, the "Snap Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for an Order filed contemporaneously with this motion: (1) consolidating the above-captioned related actions; (2) appointing the Snap Investor Group as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Snap, Inc. ("Snap" or the "Company") in connection with the Company's initial public offering on or about March 2, 2017 (the "IPO" or the "Offering"); and/or (2) on the open market between March 2, 2017 and June 6, 2017, both dates inclusive (the "Class Period"); (3) approving Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this motion, the Snap Investor Group submits a Memorandum of Points and Authorities, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated: July 17, 2017

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*

Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

NOTICE OF MOTION

3

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Hui M. Chang
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel for Movants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/     *Jennifer Pafiti*
                Jennifer Pafiti