# EXHIBIT B

### CERTIFICATION PURSUANT
### TO FEDERAL SECURITIES LAWS

1. I, **IRLAND JAMES STEWART**, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Snap, Inc. ("Snap" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Snap securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Snap securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Snap securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  July 11, 2017
          (Date)

_____
(Signature)

IRLAND JAMES STEWART
(Type or Print Name)

**SNAP, INC. (SNAP)**                                      **Stewart, Irland James**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 3/6/2017 | Purchase | 14,789 | $27.5000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Wu Chen Yueh Chiao_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Snap, Inc. ("Snap" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Snap securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Snap securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Snap securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  5-24-17
         (Date)

Wu Chen Yueh Chiao
(Signature)

Wu Chen Yueh Chiao
(Type or Print Name)

**SNAP, INC. (SNAP)**                                                                                   **Chiao, Wu Chen Yueh (Kathy)**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 3/2/2017 | Purchase | 5,000 | $25.7500 |
| 3/2/2017 | Purchase | 6,000 | $25.7000 |
| 3/3/2017 | Purchase | 5,000 | $28.8000 |
| 3/3/2017 | Purchase | 4,765 | $27.0500 |
| 3/2/2017 | Sale | 5,000 | $25.8100 |
| 3/3/2017 | Sale | 6,000 | $26.7000 |

SNAP (SNAP) - Certification

**Submission Date**    2017-06-06 14:04:58

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against against Snap Inc. ("Snap" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Snap securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Snap securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Snap securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**    Sanzhar Khussainov

## Acquisitions

| Configurable list (if none enter none) | Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|---|
| | March 8, 2017 | 7500 | 29.10 |

## Sales

## Documents & Message

**Signature**

**Full Name**     Sanzhar Khussainov

**SNAP, INC. (SNAP)**                                                                                    Khussainov, Sanzhar

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 3/8/2017 | Purchase | 7,500 | $29.1000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Howard D. Weisman_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Snap, Inc. ("Snap" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Snap securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Snap securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Snap securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  7-17-17
         (Date)

_____
(Signature)

Howard D. Weisman
(Type or Print Name)

**SNAP, INC. (SNAP)**  Weisman, Howard

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 3/3/2017 | Purchase | 5,000 | $29.2000 |
| 3/3/2017 | Purchase | 3,100 | $28.7400 |
| 3/3/2017 | Purchase | 3,010 | $26.9500 |
| 3/3/2017 | Purchase | 3,000 | $27.7900 |
| 3/3/2017 | Purchase | 2,000 | $26.5000 |
| 3/3/2017 | Purchase | 1,900 | $27.7800 |
| 3/3/2017 | Purchase | 1,690 | $26.9400 |
| 3/3/2017 | Purchase | 1,600 | $28.7500 |
| 3/3/2017 | Purchase | 300 | $28.7500 |
| 3/3/2017 | Purchase | 200 | $26.9600 |
| 3/3/2017 | Purchase | 100 | $26.9400 |
| 3/3/2017 | Purchase | 100 | $27.7900 |
| 3/3/2017 | Sale | 100 | $26.8300 |
| 3/3/2017 | Sale | 100 | $26.8100 |
| 3/3/2017 | Sale | 800 | $26.7900 |
| 3/3/2017 | Sale | 1,000 | $26.8000 |
| 3/3/2017 | Sale | 1,868 | $28.1100 |
| 3/3/2017 | Sale | 3,132 | $28.1200 |
| 3/3/2017 | Sale | 5,000 | $28.8700 |
| 3/6/2017 | Sale | 5,000 | $28.3300 |
| 3/7/2017 | Sale | 1,000 | $22.3500 |
| 3/17/2017 | Sale | 1,000 | $19.1200 |
| 3/17/2017 | Sale | 1,000 | $19.2300 |
| 3/17/2017 | Sale | 1,000 | $19.4600 |