# EXHIBIT C

**SNAP, INC. (SNAP)**
**CLASS PERIOD: MAR 2 2017 to JUN 6 2017**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 38-Day* Mean-Price $17.3689 Estimated Value | Transactional Gain(Loss) | Section 11 Damages** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stewart, Irland James** | 3/6/2017 | 14,789 | $27.5000 | ($406,698) | | | | | 14,789 | $256,868 | ($149,829) | ($148) |
| Chiao, Wu Chen Yueh (Kathy) | 3/2/2017 | 5,000 | $25.7500 | ($128,750) | 3/2/2017 | (5,000) | $25.8100 | $129,050 | | | | |
| Chiao, Wu Chen Yueh (Kathy) | 3/2/2017 | 6,000 | $25.7000 | ($154,200) | 3/3/2017 | (6,000) | $26.7000 | $160,200 | | | | |
| Chiao, Wu Chen Yueh (Kathy) | 3/3/2017 | 5,000 | $28.8000 | ($144,000) | | | | | | | | |
| Chiao, Wu Chen Yueh (Kathy) | 3/3/2017 | 4,765 | $27.0500 | ($128,893) | | | | | | | | |
| **Chiao, Wu Chen Yueh (Kathy)** | | 20,765 | | ($555,843) | | (11,000) | | $289,250 | 9,765 | $169,607 | ($96,986) | ($98) |
| **Khussainov, Sanzhar** | 3/8/2017 | 7,500 | $29.1000 | ($218,250) | | | | | 7,500 | $130,267 | ($87,983) | ($75) |
| Weisman, Howard | 3/3/2017 | 5,000 | $29.2000 | ($146,000) | 3/3/2017 | (100) | $26.8300 | $2,683 | | | | |
| Weisman, Howard | 3/3/2017 | 3,100 | $28.7400 | ($89,094) | 3/3/2017 | (100) | $26.8100 | $2,681 | | | | |
| Weisman, Howard | 3/3/2017 | 3,010 | $26.9500 | ($81,120) | 3/3/2017 | (800) | $26.7900 | $21,432 | | | | |
| Weisman, Howard | 3/3/2017 | 3,000 | $27.7900 | ($83,370) | 3/3/2017 | (1,000) | $26.8000 | $26,800 | | | | |
| Weisman, Howard | 3/3/2017 | 2,000 | $26.5000 | ($53,000) | 3/3/2017 | (1,868) | $28.1100 | $52,509 | | | | |
| Weisman, Howard | 3/3/2017 | 1,900 | $27.7800 | ($52,782) | 3/3/2017 | (3,132) | $28.1200 | $88,072 | | | | |
| Weisman, Howard | 3/3/2017 | 1,690 | $26.9400 | ($45,529) | 3/3/2017 | (5,000) | $28.8700 | $144,350 | | | | |
| Weisman, Howard | 3/3/2017 | 1,600 | $28.7500 | ($46,000) | 3/17/2017 | (1,000) | $19.1200 | $19,120 | | | | |
| Weisman, Howard | 3/3/2017 | 300 | $28.7500 | ($8,625) | 3/17/2017 | (1,000) | $19.2300 | $19,230 | | | | |
| Weisman, Howard | 3/3/2017 | 200 | $26.9600 | ($5,392) | 3/17/2017 | (1,000) | $19.4600 | $19,460 | | | | |
| Weisman, Howard | 3/3/2017 | 100 | $26.9400 | ($2,694) | 3/7/2017 | (1,000) | $22.3500 | $22,350 | | | | |
| Weisman, Howard | 3/3/2017 | 100 | $27.7900 | ($2,779) | 3/6/2017 | (5,000) | $28.3300 | $141,650 | | | | |
| **Weisman, Howard** | | 22,000 | | ($616,384) | | (21,000) | | $560,337 | 1,000 | $17,369 | ($38,678) | ($10) |
| Summary | | | | | | | | | | | | |
| Stewart, Irland James | | 14,789 | | ($406,698) | | | | | 14,789 | | ($149,829) | ($148) |
| Chiao, Wu Chen Yueh (Kathy) | | 20,765 | | ($555,843) | | (11,000) | | $289,250 | 9,765 | | ($96,986) | ($98) |
| Khussainov, Sanzhar | | 7,500 | | ($218,250) | | | | | 7,500 | | ($87,983) | ($75) |
| Weisman, Howard | | 22,000 | | ($616,384) | | (21,000) | | $560,337 | 1,000 | | ($38,678) | ($10) |
| **Total** | | **65,054** | | **($1,797,175)** | | **(32,000)** | | **$849,587** | **33,054** | | **($373,476)** | **($331)** |

*Avg Closing Prices from June 7 to July 14

**Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:
i) the higher of the closing price the suit was filed on July 10, 2017 ($16.99) and the sale price from,
ii) the lower of the purchase price and the IPO price ($17.00)