Barbara A. Rohr SBN 273353
Email: brohr@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Richard W. Gonnello (*pro hac vice* forthcoming)
Email: rgonnello@faruqilaw.com
Sherief Morsy (*pro hac vice* forthcoming)
Email: smorsy@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Shinu Gupta*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ERICKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SNAP INC., EVAN SPIEGEL, and ANDREW VOLLERO,<br><br>　　　　　　　　　Defendants | No. 2:17-cv-03679-SVW-AGR<br><br>**DECLARATION OF BARBARA A. ROHR IN SUPPORT OF SHINU GUPTA'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Stephen V. Wilson<br>Hearing Date: August 14, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10A, 10th Floor |

I, Barbara A. Rohr, hereby declare as follows:

1. I am a member of good standing in the bar of the State of California and am admitted to this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Shinu Gupta ("Gupta") for (1) appointment as Lead Plaintiff and (2) approval of Faruqi & Faruqi, LLP to serve as Lead Counsel.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

    Exhibit A:   First Notice of Pendency of a Class Action
    Exhibit B:   PSLRA Certification of Gupta
    Exhibit C:   Chart of Gupta's Losses
    Exhibit D:   Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July 2017 at Los Angeles, California.

                                      /s/ Barbara A. Rohr
                                      Barbara A. Rohr