# EXHIBIT A

# Pomerantz Law Firm Announces the Filing of a Class Action against Snap, Inc. and Certain Officers – SNAP

May 16, 2017 17:53 ET | **Source:** Pomerantz LLP

NEW YORK, May 16, 2017 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Snap, Inc. ("Snap" or the "Company") (NYSE:SNAP) and certain of its officers.   The class action, filed in United States District Court, Central District of California, and docketed under 17-cv-03679, is on behalf of a class consisting of investors who purchased or otherwise acquired Snap securities, seeking to recover compensable damages caused by defendants' violations of the Securities Exchange Act of 1934.

If you are a shareholder who purchased Snap securities or otherwise acquired Snap securities: (1) pursuant and/or traceable to Snap's false and misleading Registration Statement and Prospectus, issued in connection with the Company's initial public offering on or about March 2, 2017 (the "IPO" or the "Offering"); and/or (2) on the open market between March 2, 2017 and May 15, 2017, both dates inclusive (the "Class Period"), you have until July 17, 2017 to ask the Court to appoint you as Lead Plaintiff for the class.   A copy of the Complaint can be obtained at www.pomerantzlaw.com.    To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here to join this class action]**

Snap Inc. is a camera company that provides technology and social media services. The Company develops mobile camera application products and services that allow users to send and receive photos, drawings, text, and videos. Snap serves customers worldwide.

On or about March 3, 2017, the Company completed its IPO, issuing 200,000,000 shares and raising net proceeds of approximately $3.91 billion.

Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that:  (i) Snap's reported user growth was materially false and misleading; and (ii) as a result, Snap's public statements were materially false and misleading at all relevant times.

Ex. A
Pg. 13

On May 10, 2017, post-market, Snap issued its first quarterly report as a public company, disclosing disappointing user growth at the Company's Snapchat messaging platform. For the quarter, Snap reported 166 million daily users, only 8 million more than in the previous period and only 44 million more than the same period in the prior year—Snapchat's slowest year-to-year growth rate in at least two years.

On this news, Snap's share price fell $4.93, or 21.45%, to close at $18.05 on May 11, 2017.

On May 16, 2017, *Bloomberg* reported that a former Snap employee, Anthony Pompliano, had filed a lawsuit against Snap, "claim[ing] he was fired after three weeks on the job for raising questions about allegedly false growth metrics [and] seeking whistleblower protection against retaliation by [the] company."

On this news, Snap's share price fell $0.02, or 0.1%, to close at $20.72 on May 16, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

```
CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

CONTACT US

**Corporate Headquarters**
2321 Rosecrans Avenue.

**European Headquarters**
Woolgate Exchange,

Ex. A
Pg. 14

Suite 2200
El Segundo, CA 90245
**Phone:** (800) 307-6627
**Fax:** (800) 307-3567

25 Basinghall Street,
London EC2V 5HA
UK
**Phone:** +1 866-465-8454

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Ex. A
Pg. 15