# EXHIBIT C

**Losses in Snap Inc.**
**90-Day Price:** $17.29
**Class Period:** 03/02/17 - 06/06/2017
**Investor:** Shinu Gupta



| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | Transaction | Security | Date | Units | Price | Proceeds | |
| | | | | | | | | | | | Beginning of Class Period: 03/02/2017 | |
| Purchase | Common Stock | 3/2/2017 | 2,500 | $24.95 | $62,375.00 | | | | | | | |
| Purchase | Common Stock | 3/2/2017 | 81 | $24.94 | $2,020.46 | | | | | | | |
| Purchase | Common Stock | 3/2/2017 | 1,000 | $24.95 | $24,945.00 | | | | | | | |
| Purchase | Common Stock | 3/2/2017 | 21,419 | $24.97 | $534,832.43 | | | | | | | |
| Purchase | Common Stock | 3/2/2017 | 22,500 | $24.80 | $558,000.00 | | | | | | | |
| Purchase | Common Stock | 3/2/2017 | 2,500 | $24.90 | $62,250.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/2/2017 | (50,000) | $26.00 | ($1,300,000.00) | ($55,577.11) |
| Purchase | Common Stock | 3/3/2017 | 3,600 | $26.92 | $96,912.00 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 19,105 | $26.95 | $514,879.75 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 3,445 | $26.96 | $92,877.20 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 9,134 | $26.98 | $246,435.32 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 5,148 | $26.93 | $138,635.64 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 446 | $26.91 | $12,001.86 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 7,407 | $26.94 | $199,544.58 | | | | | | | |
| Purchase | Common Stock | 3/3/2017 | 1,715 | $26.97 | $46,253.55 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/3/2017 | (50,000) | $27.50 | ($1,375,000.00) | ($27,460.10) |
| Purchase | Common Stock | 3/6/2017 | 35,000 | $28.50 | $997,500.00 | | | | | | | |
| Purchase | Common Stock | 3/29/2017 | 65,000 | $21.80 | $1,417,000.00 | | | | | | | |
| Purchase | Common Stock | 5/10/2017 | 4,000 | $23.00 | $92,000.00 | | | | | | | |
| Purchase | Common Stock | 5/12/2017 | 2,000 | $18.28 | $36,550.00 | | | | | | | |
| Purchase | Common Stock | 5/12/2017 | 23,000 | $18.28 | $420,440.00 | | | | | | | |
| Purchase | Common Stock | 5/15/2017 | 5,000 | $20.63 | $103,142.50 | | | | | | | |
| Purchase | Common Stock | 5/15/2017 | 64,700 | $19.50 | $1,261,650.00 | | | | | | | |
| Purchase | Common Stock | 5/15/2017 | 300 | $19.49 | $5,847.00 | | | | | | | |
| Purchase | Common Stock | 5/16/2017 | 55,000 | $21.05 | $1,157,750.00 | | | | | | | |
| | | | | | | | | | | | End of Class Period: 06/06/2017 | |
| | Class Period Common Stock Purchases | | 354,000 | Total Costs | $8,083,842.29 | | Class Period Common Stock Sales | | (100,000) | Total Sales | ($2,675,000.00) | **MATCHED LOSS*** ($83,037.21) |
| | | | | | | | Shares Held Post-Class Period | | 254,000 | | | **UNMATCHED LOSS (Look-Back)** $1,100,310.22 |
| | | | | | | | | | | | Total Loss | $1,017,273.01 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained during the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.