| | |
|---|---|
| 1 | BORIS FELDMAN, State Bar No. 128838 |
| 2 | Email: boris.feldman@wsgr.com |
|   | IGNACIO E. SALCEDA, State Bar No. 164017 |
| 3 | Email: isalceda@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 5 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 6 | Telephone:  (650) 493-9300 |
| 7 | Facsimile:   (650) 565-5100 |
| 8 | |
|   | *Attorneys for Defendants* |
| 9 | *Snap Inc., Evan Spiegel, and* |
| 10 | *Andrew Vollero* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERICKSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, and ANDREW VOLLERO<br><br>Defendants. | Case No. 2:17-cv-03679-SVW-AGR<br><br>**CLASS ACTION**<br><br>**SNAP DEFENDANTS' NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF**<br><br>Date:  August 14, 2017<br>Time:  1:30 p.m.<br>Courtroom:  10A — 10th Floor<br>Judge:  Hon. Stephen V. Wilson |
| SHINU GUPTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, ANDREW VOLLERO, MORGAN | Case No. 2:17-cv-05054-SVW-AGR |

| | |
|---|---|
| 1 | STANLEY & CO. LLC, GOLDMAN SACHS & CO., |
| 2 | J.P. MORGAN SECURITIES LLC, |
| 3 | DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC., |
| 4 | CREDIT SUISSE SECURITIES (USA) LLC, |
| 5 | ALLEN & COMPANY LLC, |
| 6 | BTIG, LLC, |
| 7 | C.L. KING & ASSOCIATES, INC., CITIGROUP GLOBAL MARKETS INC., |
| 8 | |
| 9 | CONNAUGHT (UK) LIMITED, COWEN AND COMPANY, LLC, |
| 10 | EVERCORE GROUP, LLC, |
| 11 | JEFFERIES LLC, JMP SECURITIES LLC, |
| 12 | LIONTREE ADVISORS LLC, |
| 13 | LUMA SECURITIES LLC, MISCHLER FINANCIAL GROUP, INC., |
| 14 | |
| 15 | OPPENHEIMER & CO. INC., RBC CAPITAL MARKETS, LLC, |
| 16 | SAMUEL A. RAMIREZ & CO., INC., |
| 17 | STIFEL FINANCIAL CORP., SUNTRUST ROBINSON HUMPHREY, INC., |
| 18 | |
| 19 | THE WILLIAMS CAPITAL GROUP, L.P., |
| 20 | UBS SECURITIES LLC, and |
| 21 | WILLIAM BLAIR & COMPANY, L.L.C., |
| 22 | |
| 23 | Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Defendants Snap Inc., Evan Spiegel, and Andrew Vollero (the
2  "Snap Defendants") take no position as to which person should be appointed Lead
3  Plaintiff.
4  The Snap Defendants agree that the above-captioned cases should be
5  consolidated.  Because the proposed consolidation orders submitted by the plaintiff
6  firms vary, the Snap Defendants have drafted a single proposed order that fairly
7  draws upon those different drafts.  The Snap Defendants' proposed consolidation
8  order is attached hereto.

Dated:  July 21, 2017                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By:   /s/ Boris Feldman
                                                  Boris Feldman

                                          *Attorneys for Defendants
                                          Snap Inc., Evan Spiegel, and Andrew Vollero*