# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-03679-SVW (AGRx)<br>2:17-cv-05054-SVW (AGRx)<br>2:17-cv-05569-SVW (AGRx) | Date | August 18, 2017 |
| Title | *James Erickson v. Snap, Inc et al; Shinu Gupta v. Snap Inc et al; Chenghsin D. Hsieh et al v. Snap Inc. et al* | | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE RE JURISDICTION [1]

Pursuant to the Court's recent ruling in *Bucks County Employees Retirement Fund v. Nanthealth, Inc. et al,* 2:17-cv-03964, (C.D. Cal. August 18, 2017) (Order Granting Mot. To Remand August 18, 2017), the Court questions whether it has subject-matter jurisdiction over this matter or any related matters. The Court orders Plaintiffs to SHOW CAUSE and clearly articulate how this Court has jurisdiction.

Plaintiffs have 7 days to comply with this order and set forth reasons why this Court has subject-matter jurisdiction of these cases in light of the *Bucks* order. No hearing is scheduled for this order. If Plaintiffs fail to timely respond to this order, the case will be dismissed.

: 

Initials of Preparer

PMC