UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERICKSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, and ANDREW VOLLERO<br><br>Defendants. | Case No. 2:17-cv-03679-SVW-AGR<br><br>**CLASS ACTION**<br><br>**ORDER FOR CONSOLIDATION OF RELATED ACTIONS [19]**<br><br>Date: August 14, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10A — 10th Floor<br>Judge: Hon. Stephen V. Wilson |
| SHINU GUPTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, ANDREW VOLLERO, | Case No. 2:17-cv-05054-SVW-AGR |

MORGAN STANLEY & CO. LLC,
GOLDMAN SACHS & CO.,
J.P. MORGAN SECURITIES LLC,
DEUTSCHE BANK SECURITIES INC.,
BARCLAYS CAPITAL INC.,
CREDIT SUISSE SECURITIES (USA) LLC,
ALLEN & COMPANY LLC,
BTIG, LLC,
C.L. KING & ASSOCIATES, INC.,
CITIGROUP GLOBAL MARKETS INC.,
CONNAUGHT (UK) LIMITED,
COWEN AND COMPANY, LLC,
EVERCORE GROUP, LLC,
JEFFERIES LLC,
JMP SECURITIES LLC,
LIONTREE ADVISORS LLC,
LUMA SECURITIES LLC,
MISCHLER FINANCIAL GROUP, INC.,
OPPENHEIMER & CO. INC.,
RBC CAPITAL MARKETS, LLC,
SAMUEL A. RAMIREZ & CO., INC.,
STIFEL FINANCIAL CORP.,
SUNTRUST ROBINSON HUMPHREY, INC.,
THE WILLIAMS CAPITAL GROUP, L.P.,
UBS SECURITIES LLC, and
WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

**ORDER**

WHEREAS, the above-captioned putative securities class actions (the "Actions") have been filed against Snap Inc.; Evan Spiegel; Andrew Vollero; Morgan Stanley & Co. LLC; Goldman Sachs & Co.; J.P. Morgan Securities LLC, Deutsche Bank Securities Inc.; Barclays Capital Inc.; Credit Suisse Securities (USA) LLC; Allen & Company LLC; BTIG, LLC; C.L. King & Associates, Inc.; Citigroup Global Markets Inc.; Connaught (UK) Limited; Cowen and Company, LLC; Evercore Group, LLC; Jeffries LLC; JMP Securities LLC; Liontree Advisors LLC; Luma Securities LLC; Mischler Financial Group, Inc.; Oppenheimer & Co. Inc.; RBC Capital Markets, LLC; Samuel A. Ramirez & Co., Inc.; Stifel Financial Corp.; Suntrust Robinson Humphrey, Inc.; The Williams Capital Group, L.P.; UBS Securities LLC; and William Blair & Company, L.L.C. (collectively "Defendants");

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact."

WHEREAS, the Actions involve common legal and factual issues;

**IT IS HEREBY ORDERED THAT:**

**I.     CONSOLIDATION OF RELATED ACTIONS**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action (the "Consolidated Action").

2. The Master File and Master Docket for the Consolidated Action shall be No. 2:17-cv-03679. All orders, pleadings, motions, and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion, or document is filed with a caption indicating it is applicable to fewer than all individual actions in the Consolidated Action, the clerk shall file such pleadings in

the Master File and note such filing in the Master Docket and in the docket of each action referenced.

## II.   CAPTION OF THE CONSOLIDATED ACTION

3.   Every pleading in this consolidated action shall have the following caption:

UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA

| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR |
|---|---|
| | **CLASS ACTION** |
| | [TITLE OF DOCUMENT] |

This Document Relates To:

4.   When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.   Each new case that arises out of the same subject matter as the Consolidated Action shall be consolidated with the Consolidated Action.  A party objecting to such consolidation must file an application for relief from this Order within ten days after the date on which a copy of this Order is served on counsel for such party.  Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**IT IS SO ORDERED.**

DATED:   September 18, 2017

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA