BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
IGNACIO E. SALCEDA, State Bar No. 164017
Email: isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants Snap Inc.,
Evan Spiegel, Robert Murphy,
Andrew Vollero, Imran Khan, Joanna
Coles, A.G. Lafley, Mitchell Lasky,
Michael Lynton, Stanley Meresman,
Scott D. Miller, and Christopher
Young*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR <br><br> **CLASS ACTION** <br><br> **SNAP DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** <br><br> Date: August 13, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 10A <br> Honorable Stephen V. Wilson |
| This Document Relates To: All Actions | |

# NOTICE OF MOTION AND MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 13, 2018, at 1:30 p.m., in Courtroom 10A of the above-entitled court, located at 350 West 1st Street, Los Angeles, California 90012, defendants Snap Inc., Evan Spiegel, Robert Murphy, Andrew Vollero, Imran Khan, Joanna Coles, A.G. Lafley, Mitchell Lasky, Michael Lynton, Stanley Meresman, Scott D. Miller, and Christopher Young (collectively, the "Snap Defendants") will and hereby do move for an order certifying, for interlocutory appeal under 28 U.S.C. § 1292(b), this Court's order of June 7, 2018, denying the Snap Defendants' motion to dismiss (Dkt. 92).

This Motion is based on this notice, the memorandum of points and authorities, the declaration of Ignacio E. Salceda, all opposition and reply papers, and the argument of the parties (if any) at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 15, 2018.

Dated: June 18, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
    Boris Feldman

*Attorneys for Defendants Snap Inc., Evan Spiegel, Robert Murphy, Andrew Vollero, Imran Khan, Joanna Coles, A.G. Lafley, Mitchell Lasky, Michael Lynton, Stanley Meresman, Scott D. Miller, and Christopher Young*