1  **KESSLER TOPAZ**
2  **MELTZER & CHECK, LLP**
   JENNIFER L. JOOST (Bar No. 296164)
3  jjoost@ktmc.com
   STACEY M. KAPLAN (Bar No. 296130)
4  skaplan@ktmc.com
5  One Sansome Street, Suite 1850
   San Francisco, CA 94104
6  Telephone: (415) 400-3000
7  Facsimile: (415) 400-3001

8  *Attorneys for Lead Plaintiff Thomas DiBiase*
9  *and Lead Counsel for the Putative Class*

10 [Additional counsel on signature page.]

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR |
| | **CLASS ACTION** |
| | **STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE UNDERWRITER DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| | Honorable Stephen V. Wilson |
| This Document Relates To: All Actions | |

Lead Plaintiff Thomas DiBiase ("Lead Plaintiff") and Defendants Snap Inc., Evan Spiegel, Robert Murphy, Andrew Vollero, Imran Khan, and the Underwriter Defendants[1] (collectively, "Defendants"), by and through their attorneys, stipulate and agree as follows:

WHEREAS, on November 1, 2017, Lead Plaintiff filed a Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws ("CAC") (ECF No. 67), alleging claims under Sections 11 (15 U.S.C. §77k) and 12 (15 U.S.C. §77l) of the Securities Act against the Underwriter Defendants;

WHEREAS, on June 7, 2018, the Court entered an order denying Defendants' motions to dismiss the CAC (ECF No. 92);

WHEREAS, on August 8, 2018, the Court entered a Civil Trial Preparation Order, in which it set a trial date of March 12, 2019 (ECF No. 109);

WHEREAS, on August 30, 2018, Lead Plaintiff filed a Motion for Class Certification (ECF NO. 114). The Court has not yet ruled on Lead Plaintiff's Motion for Class Certification;

WHEREAS, the Underwriter Defendants have answered the CAC, but have not yet filed a motion for summary judgment;

WHEREAS, in order to promote judicial efficiency and to streamline this litigation, Lead Plaintiff and the Underwriter Defendants have entered into a "Voluntary Dismissal Agreement," in which Lead Plaintiff agreed to voluntarily dismiss the Underwriter Defendants without prejudice, and the Underwriter Defendants agreed to participate in specified discovery and to specified participation in the trial in this action;

NOW, THEREFORE, Lead Plaintiff and Defendants stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1), the Underwriter Defendants are voluntarily

---

[1] "Underwriter Defendants" means, collectively, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, and Allen & Company LLC.

dismissed without prejudice. This Stipulation does not dismiss Lead Plaintiff's claims against the other Defendants in this action.

    **IT IS SO STIPULATED.**

Dated: September 18, 2018

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ Jennifer L. Joost
     Jennifer L. Joost

SHARAN NIRMUL (*Pro Hac Vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

JENNIFER L. JOOST (Bar #296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar #241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Lead Plaintiff Thomas DiBiase and Lead Counsel for the Putative Class*

**ROSMAN & GERMAIN LLP**
DANIEL L. GERMAIN (Bar #143334)
germain@lalawyer.com
16311 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Liaison Counsel for the Putative Class*

| | | |
|---|---|---|
| 1 | Dated: September 18, 2018 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| 2 | | |
| 3 | | By:  /s/ Ignacio E. Salceda    |
| 4 | | Ignacio E. Salceda |
| 5 | | |
| 6 | | BORIS FELDMAN (Bar #128838) boris.feldman@wsgr.com |
| 7 | | IGNACIO E. SALCEDA (Bar #164017) isalceda@wsgr.com |
| 8 | | 650 Page Mill Road Palo Alto, CA 94304-1050 |
| 9 | | Telephone: (650) 493-9300 |
| 10 | | Facsimile: (650) 493-6811 |
| 11 | | |
| 12 | | *Attorneys for Defendants Snap Inc., Evan Spiegel, Robert Murphy, Imran Khan, Andrew Vollero, Joanna Coles, A.G. Lafley, Mitchell Lasky, Michael Lynton, Stanley Meresman, Scott D. Miller, and Christopher Young* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Dated: September 18, 2018 | **O'MELVENY & MYERS LLP** |
| 18 | | By:  /s/ Matthew W. Close    |
| 19 | | Matthew W. Close |
| 20 | | |
| 21 | | MATTHEW W. CLOSE (Bar #188570) mclose@omm.com |
| 22 | | 400 South Hope Street, 18th Floor Los Angeles, CA 90071 |
| 23 | | Telephone:  (213) 430-6000 |
| 24 | | Facsimile:   (213) 430-6407 |
| 25 | | |
| 26 | | JONATHAN ROSENBERG (*Pro Hac Vice*) |
| 27 | | jrosenberg@omm.com 7 Times Square |
| 28 | | New York, NY 10036 |

STIPULATION RE VOLUNTARY DISMISSAL       - 3-
No. 2:17-cv-03679-SVW-AGR

| | |
|---|---|
| 1 | Telephone: (212) 326-2000 |
| 2 | Facsimile: (212) 326-2061 |
| 3 | *Attorneys for Defendants Morgan Stanley & Co. LLC; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Deutsche Bank Securities Inc.; Barclays Capital Inc.; Credit Suisse Securities (USA) LLC; Allen & Company LLC* |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# ATTESTATION OF FILING

Pursuant to Local Rule 5-4.3.4 regarding signatures, I, Jennifer L. Joost, hereby attest that the other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 18, 2018     By: /s/ Jennifer L. Joost
                                   Jennifer L. Joost

**KESSLER TOPAZ MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001