**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIAF
WESTERN DIVISION**

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-3679-SVW-AGR |
| | **CLASS ACTION** |
| | **ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| | Local Rule 79-5.2.2 |
| | Before: The Honorable Stephen V. Wilson |

This Document Relates To: All Actions

Upon consideration of Lead Plaintiff's Application for Leave to File Documents Under Seal and the supporting Declaration of Sharan Nirmul, and good cause being shown, IT IS HEREBY ORDERED that Lead Plaintiff's Application is GRANTED. The following documents or portions of documents shall be maintained under seal:

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING LEAD PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

| Document | Portion To Be Filed Under Seal |
|---|---|
| Exhibit A: Deposition transcript of Shawn B. Dandridge, dated September 20, 2018 | As redacted. |
| Exhibit B: Deposition transcript of Donald R. Allen, dated September 19, 2018 | As redacted. |
| Exhibit C: Donald R. Allen's Transactions in Snap Common Stock (DA-SNAP-0035-44) | Entire document. |
| Exhibit D: Shawn B. Dandridge's Transactions in Snap Common Stock (SD-SNAP-0120-126) | Entire document. |

**IT IS SO ORDERED.**

Dated:   November 8, 2018

_/s/ Stephen V. Wilson_

Honorable Stephen V. Wilson
United States District Judge