Name and address:

Jennifer Pafiti
Pomerantz LLP
468 North Camden Drive
Beverly Hills, California 90210

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re Snap Inc. Securities Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:17-CV-03679-SVW-AGR |
| v. | |
| Defendant(s), | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Hood II, Joseph Alexander
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Pomerantz LLP
*Firm/Agency Name*

600 Third Avenue, Floor 20     212-661-1100     917-463-1044
                                                *Telephone Number*     *Fax Number*
*Street Address*

New York, New York 10016     ahood@pomlaw.com
*City, State, Zip Code*     *E-mail Address*

**I have been retained to represent the following parties:**

| Sharmilli Ghosh, Irland James Stewart, and | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: Movants |
|---|---|
| Howard Weisman | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

G-64 (07/18)     **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*     Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

Has the applicant previously registered as a CM/ECF user in the Central District of California? ☐ Yes ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? ☐ Yes ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  11/29/2018

Joseph Alexander Hood II
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Pafiti, Jennifer
*Designee's Name (Last Name, First Name & Middle Initial)*

Pomerantz LLP
*Firm/Agency Name*

468 North Camden Drive
*Street Address*

Beverly Hills, California 90210
*City, State, Zip Code*

818-532-6499
*Telephone Number*

917-463-1044
*Fax Number*

jpafiti@pomlaw.com
*E-mail Address*

282970
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 11/29/2018

Jennifer Pafiti
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

**Attachment A - Joseph Alexander Hood II**

| Court Name | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| U.S. District Court, Southern District of New York | August 13, 2015 | Yes |
| U.S. District Court, Eastern District of New York | September 28, 2016 | Yes |
| U.S. District Court, District of Colorado | December 19, 2016 | Yes |
| U.S. District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

*I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Joseph Alexander Hood

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of March, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **28th day of November, 2018**.*



*Robert D. Mayberger*

*Clerk*

Jennifer Pafiti
Pomerantz LLP
468 North Camden Drive
Beverly Hills, California 90210
Phone: 818-532-6499
Email: jpafiti@pomlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Snap Inc. Securities Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 17-CV-03679-SVW-AGR |
| v. | |
| Click here to enter Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hood II, Joseph Alexander
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-661-1100          917-463-1044
*Telephone Number     Fax Number*

ahood@pomlaw.com
*E-Mail Address*

of

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, New York 10016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sharmilli Ghosh, Irland James Stewart, and Howard Weisman

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*  Movants

**and designating as Local Counsel**

Pafiti, Jennifer
*Designee's Name (Last Name, First Name & Middle Initial)*

282790          818-532-6499          917-463-1044
*Designee's Cal. Bar No.   Telephone Number    Fax Number*

jpafiti@pomlaw.com
*E-Mail Address*

of

POMERANTZ LLP
468 North Camden Drive
Beverly Hills, California 90210

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**