Name and address:

Jennifer Pafiti
POMERANTZ LLP
468 North Camden Drive
Beverly Hills, California 90210

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re Snap Inc. Securities Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:17-CV-03679-SVW-AGR |
| v. | |
| Defendant(s), | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Dahlstrom, Patrick V.
*Applicant's Name (Last Name, First Name & Middle Initial)*   check here if federal government attorney ☐

Pomerantz LLP
*Firm/Agency Name*

10 South LaSalle Street, Suite 3505                 312-377-1181            917-463-1044
                                                    *Telephone Number*      *Fax Number*
*Street Address*

Chicago, Illinois 60603                             pdahlstrom@pomlaw.com
*City, State, Zip Code*                             *E-mail Address*

**I have been retained to represent the following parties:**

| Sharmilli Ghosh, Irland James Stewart and | ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Movants |
| Howard Weisman | ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Movant |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| See Attachment B. | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

> None.

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   December 26, 2018

Patrick V. Dahlstrom
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Pafiti, Jennifer
*Designee's Name (Last Name, First Name & Middle Initial)*

Pomerantz LLP
*Firm/Agency Name*

468 North Camden Drive
*Street Address*

Beverly Hills, California 90210
*City, State, Zip Code*

818-532-6499
*Telephone Number*

917-463-1044
*Fax Number*

jpafiti@pomlaw.com
*E-mail Address*

282790
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated December 26, 2018

Jennifer Pafiti
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

G-64 (11/18)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 3 of 3

# Attachment A

| Court Name | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court, State of New York, First Department | July 25, 1988 | Yes |
| Supreme Court of Illinois | August 31, 1999 | Yes |
| United States District Court, Eastern District of New York | 1991 | Yes |
| United States District Court, Southern District of New York | November 28, 1991 | Yes |
| United States District Court, Northern District of Illinois | November 30, 1999 | Yes |
| United States District Court, Northern District of Indiana | 1999 | Yes |
| United States District Court, District of Colorado | 1999 | Yes |
| United States District Court, Western District of Pennsylvania | 2001 | Yes |
| United States District Court, Eastern District of Wisconsin | 2003 | Yes |
| United States Court of Appeals for the First Circuit | February 29, 2016 | Yes |
| United States Court of Appeals for the Fourth Circuit | 2002 | Yes |
| United States Court of Appeals for the Sixth Circuit | 2003 | Yes |
| United States Court of Appeals for the Seventh Circuit | 2002 | Yes |
| United States Court of Appeals for the Eighth Circuit | 1999 | Yes |
| United States Court of Appeals for the Ninth Circuit | 2007 | Yes |
| Supreme Court of the United States | 2007 | Yes |

# Attachment B

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Case Number | Title of Action | Date of Application | Granted / Denied? |
| 2 | 2:2015cv08914 | In re Capstone Turbine Corp. Securities Litigation | February 24, 2016 | Granted |
| 3 | 2:2016cv00580 | David Hilinsky v. Tower Semiconductor Ltd et al | January 28, 2016 | Granted |
| 4 | 2:2016cv00770 | Scott Matthews v. Third Avenue Management LLC et al | February 24, 2016 | Granted |
| 5 | 2:2016cv01095 | Andre White v. Primero Mining Corp. et al | February 24, 2016 | Granted |
| 6 | 2:2016cv01947 | Sunil Sudunagunta v. Nantkwest, Inc. et al | March 31, 2016 | Granted |
| 7 | 2:2016cv03412 | Maria Munro v. Daimler AG et al | May 24, 2016 | Granted |
| 8 | 2:2016cv05666 | Greguy Dorce v. Cytrx Corporation et al | August 12, 2016 | Granted |
| 9 | 2:2016cv06436 | Michael Witten v. Goldcorp Inc. et al | August 31, 2016 | Granted |
| 10 | 2:2016cv06506 | Seong Roh v. Yirendai Ltd. et al | September 6, 2016 | Granted |
| 11 | 2:2016cv06605 | William Graves v. AECOM et al | September 9, 2016 | Granted |
| 12 | 2:2017cv01608 | Benjamin Miller v. AmTrust Financial Services, Inc. et al | May 31, 2017 | Granted |
| 13 | 2:2017cv03455 | Anthony Nadaskay v. Puma Biotechnology, Inc. et al | May 16, 2017 | Granted |
| 14 | 2:2017cv09157 | Monika Shepherdson v. The Crypto Company, et al | January 2, 2018 | Granted |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Patrick Vincent Dahlstrom

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 08/31/1999 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of December, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PATRICK VINCENT DAHLSTROM

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 25, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**December 21, 2018**

835

Clerk of the Court

Jennifer Pafiti
Pomerantz LLP
468 North Camden Drive
Beverly Hills, California 90210
Phone: 818-532-6499
Email: jpafiti@pomlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re Snap Inc. Securities Litigation | CASE NUMBER |
|---|---|
| | 2:17-CV-03679-SVW-AGR |
| | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Dahlstrom, Patrick V. | of | POMERANTZ LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 10 South LaSalle Street, Suite 3505 |
| 312-377-1181          917-463-1044 | | Chicago, Illinois 60603 |
| *Telephone Number     Fax Number* | | |
| pdahlstrom@pomlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

Sharmilli Ghosh, Irland James Stewart, and Howard Weisman

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Movants

**and designating as Local Counsel**

| Pafiti, Jennifer | of | POMERANTZ LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 468 North Camden Drive |
| 282790          818-532-6499          917-463-1044 | | Beverly Hills, California 90210 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| jpafiti@pomlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1