# Exhibit B

**LOSS ANALYSIS**
**Class Period: 3/2/2017 to 8/10/2017**

**Snap Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| SNAP | 83304A106 | BD8DJ71 | US83304A1060 | $14.6435 [1] |

**New Mexico State Investment Council**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 03/02/17 | 0 | | |
| Purchase | 03/02/17 | 26,800 | $17.0000 | ($455,600.00) |
| Purchase | 03/02/17 | 31,300 | $17.0000 | ($532,100.00) |
| Purchase | 03/02/17 | 12 | $17.0000 | ($204.00) |
| Purchase | 03/02/17 | 21,700 | $23.9900 | ($520,583.00) |
| Purchase | 03/02/17 | 1,503 | $24.1100 | ($36,237.33) |
| Purchase | 03/02/17 | 17,336 | $24.2300 | ($420,051.28) |
| Purchase | 03/02/17 | 1,252 | $25.0500 | ($31,362.60) |
| Purchase | 03/07/17 | 12,600 | $20.9300 | ($263,718.00) |
| Purchase | 03/07/17 | 36,800 | $21.1500 | ($778,320.00) |
| Purchase | 03/07/17 | 9,161 | $21.1600 | ($193,846.76) |
| Purchase | 03/07/17 | 796 | $21.4800 | ($17,098.08) |
| Purchase | 03/07/17 | 8,784 | $21.5100 | ($188,943.84) |
| Purchase | 03/07/17 | 2,635 | $21.8100 | ($57,469.35) |
| Purchase | 03/07/17 | 4,518 | $22.0000 | ($99,396.00) |
| Purchase | 03/13/17 | 2,000 | $21.0000 | ($42,000.00) |
| Purchase | 03/14/17 | 3,600 | $20.8200 | ($74,952.00) |
| Purchase | 04/06/17 | 10,000 | $20.2500 | ($202,500.00) |
| Purchase | 04/13/17 | 774 | $19.9900 | ($15,472.26) |
| Purchase | 04/17/17 | 647 | $19.8800 | ($12,862.36) |
| Purchase | 04/18/17 | 243 | $19.7900 | ($4,808.97) |
| Purchase | 05/09/17 | 3,069 | $23.0900 | ($70,863.21) |
| Purchase | 05/09/17 | 4,395 | $23.2100 | ($102,007.95) |
| Purchase | 05/10/17 | 5,907 | $23.0100 | ($135,920.07) |
| Purchase | 05/10/17 | 1,329 | $23.0400 | ($30,620.16) |
| Purchase | 05/12/17 | 1,700 | $18.3000 | ($31,110.00) |
| Purchase | 05/12/17 | 253 | $18.4000 | ($4,655.20) |
| Purchase | 05/12/17 | 1,863 | $18.8600 | ($35,136.18) |
| Purchase | 05/12/17 | 6,524 | $19.2200 | ($125,391.28) |
| Purchase | 05/15/17 | 5,050 | $20.1700 | ($101,858.50) |
| Purchase | 05/15/17 | 3,610 | $20.5300 | ($74,113.30) |
| Purchase | 05/15/17 | 3,392 | $20.6000 | ($69,875.20) |
| Purchase | 05/16/17 | 1,940 | $20.4600 | ($39,692.40) |
| Purchase | 05/16/17 | 2,549 | $20.5200 | ($52,305.48) |
| Purchase | 05/16/17 | 534 | $20.5700 | ($10,984.38) |

[1] *Value of shares held is the mean trading price from 8/11/2017 to 11/8/2017.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/17/17 | 2,358 | $19.9200 | ($46,971.36) |
| Purchase | 05/17/17 | 5,327 | $20.0800 | ($106,966.16) |
| *Class Period purchases:* | | *242,261* | | *($4,985,996.66)* |
| | | | | |
| Sale | 04/05/17 | -12 | $21.1200 | $253.44 |
| Sale | 06/13/17 | -5,000 | $18.2100 | $91,050.00 |
| Sale | 06/15/17 | -877 | $17.3200 | $15,189.64 |
| Sale | 06/15/17 | -1,100 | $17.1900 | $18,909.00 |
| Sale | 06/15/17 | -1,416 | $17.4800 | $24,751.68 |
| Sale | 06/15/17 | -1,600 | $17.2800 | $27,648.00 |
| Sale | 06/15/17 | -3,363 | $17.0400 | $57,305.52 |
| Sale | 06/15/17 | -7,828 | $17.1800 | $134,485.04 |
| Sale | 06/15/17 | -11,672 | $17.3500 | $202,509.20 |
| Sale | 06/15/17 | -18,884 | $17.2500 | $325,749.00 |
| Sale | 06/16/17 | -1,254 | $17.5400 | $21,995.16 |
| Sale | 06/16/17 | -11,492 | $17.4100 | $200,075.72 |
| Sale | 06/19/17 | -791 | $17.7600 | $14,048.16 |
| Sale | 06/19/17 | -2,023 | $17.1000 | $34,593.30 |
| Sale | 06/30/17 | -58,300 | $17.7700 | $1,035,991.00 |
| Sale | 07/11/17 | -218 | $15.9200 | $3,470.56 |
| Sale | 07/11/17 | -598 | $15.9200 | $9,520.16 |
| Sale | 07/11/17 | -735 | $15.9200 | $11,701.20 |
| Sale | 07/11/17 | -1,423 | $15.6400 | $22,255.72 |
| Sale | 07/11/17 | -3,905 | $15.6400 | $61,074.20 |
| Sale | 07/11/17 | -4,794 | $15.6400 | $74,978.16 |
| Sale | 07/12/17 | -109 | $15.3400 | $1,672.06 |
| Sale | 07/12/17 | -233 | $15.3400 | $3,574.22 |
| Sale | 07/12/17 | -297 | $15.3400 | $4,555.98 |
| Sale | 07/12/17 | -364 | $15.3400 | $5,583.76 |
| Sale | 07/12/17 | -640 | $15.3400 | $9,817.60 |
| Sale | 07/12/17 | -695 | $15.3200 | $10,647.40 |
| Sale | 07/12/17 | -786 | $15.3400 | $12,057.24 |
| Sale | 07/12/17 | -1,908 | $15.3200 | $29,230.56 |
| Sale | 07/12/17 | -2,343 | $15.3200 | $35,894.76 |
| Sale | 07/13/17 | -57 | $15.8900 | $905.73 |
| Sale | 07/13/17 | -157 | $15.8900 | $2,494.73 |
| Sale | 07/13/17 | -192 | $15.8900 | $3,050.88 |
| Sale | 07/13/17 | -977 | $15.7900 | $15,426.83 |
| Sale | 07/13/17 | -2,680 | $15.7900 | $42,317.20 |
| Sale | 07/13/17 | -3,291 | $15.7900 | $51,964.89 |
| Sale | 07/14/17 | -54 | $15.3000 | $826.20 |
| Sale | 07/14/17 | -148 | $15.3000 | $2,264.40 |
| Sale | 07/14/17 | -183 | $15.3100 | $2,801.73 |
| Sale | 07/14/17 | -281 | $15.4800 | $4,349.88 |
| Sale | 07/14/17 | -580 | $15.3100 | $8,879.80 |
| Sale | 07/14/17 | -771 | $15.4800 | $11,935.08 |
| Sale | 07/14/17 | -946 | $15.4800 | $14,644.08 |
| Sale | 07/14/17 | -1,593 | $15.3100 | $24,388.83 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 07/14/17 | -1,955 | $15.3100 | $29,931.05 |
| Sale | 07/17/17 | -91 | $15.3300 | $1,395.03 |
| Sale | 07/17/17 | -248 | $15.3300 | $3,801.84 |
| Sale | 07/17/17 | -305 | $15.3300 | $4,675.65 |
| Sale | 07/17/17 | -622 | $15.2600 | $9,491.72 |
| Sale | 07/17/17 | -1,707 | $15.2600 | $26,048.82 |
| Sale | 07/17/17 | -2,095 | $15.2600 | $31,969.70 |
| Sale | 07/18/17 | -22 | $14.9400 | $328.68 |
| Sale | 07/18/17 | -47 | $15.1500 | $712.05 |
| Sale | 07/18/17 | -61 | $14.9400 | $911.34 |
| Sale | 07/18/17 | -75 | $14.9400 | $1,120.50 |
| Sale | 07/18/17 | -128 | $15.1500 | $1,939.20 |
| Sale | 07/18/17 | -157 | $15.1500 | $2,378.55 |
| Sale | 07/18/17 | -1,357 | $14.8600 | $20,165.02 |
| Sale | 07/18/17 | -3,723 | $14.8600 | $55,323.78 |
| Sale | 07/18/17 | -4,571 | $14.8600 | $67,925.06 |
| Sale | 07/19/17 | -889 | $15.0400 | $13,370.56 |
| Sale | 07/19/17 | -2,440 | $15.0400 | $36,697.60 |
| Sale | 07/19/17 | -2,995 | $15.0400 | $45,044.80 |
| Sale | 07/20/17 | -443 | $14.8700 | $6,587.41 |
| Sale | 07/20/17 | -1,205 | $14.8800 | $17,930.40 |
| Sale | 07/20/17 | -1,215 | $14.8700 | $18,067.05 |
| Sale | 07/20/17 | -1,492 | $14.8700 | $22,186.04 |
| Sale | 07/20/17 | -3,308 | $14.8800 | $49,223.04 |
| Sale | 07/20/17 | -4,062 | $14.8800 | $60,442.56 |
| Sale | 07/21/17 | -491 | $14.4200 | $7,080.22 |
| Sale | 07/21/17 | -811 | $14.7100 | $11,929.81 |
| Sale | 07/21/17 | -1,349 | $14.4200 | $19,452.58 |
| Sale | 07/21/17 | -1,656 | $14.4200 | $23,879.52 |
| Sale | 07/21/17 | -2,226 | $14.7100 | $32,744.46 |
| Sale | 07/21/17 | -2,732 | $14.7100 | $40,187.72 |
| Sale | 07/24/17 | -1,118 | $14.1400 | $15,808.52 |
| Sale | 07/24/17 | -3,067 | $14.1400 | $43,367.38 |
| Sale | 07/24/17 | -3,766 | $14.1400 | $53,251.24 |
| Sale | 07/25/17 | -1,165 | $13.8700 | $16,158.55 |
| Sale | 07/25/17 | -3,196 | $13.8700 | $44,328.52 |
| Sale | 07/25/17 | -3,924 | $13.8700 | $54,425.88 |
| Sale | 07/26/17 | -62 | $13.4400 | $833.28 |
| Sale | 07/26/17 | -170 | $13.4400 | $2,284.80 |
| Sale | 07/26/17 | -209 | $13.4400 | $2,808.96 |
| Sale | 07/26/17 | -722 | $13.5900 | $9,811.98 |
| Sale | 07/26/17 | -1,031 | $13.5200 | $13,939.12 |
| Sale | 07/26/17 | -1,980 | $13.5900 | $26,908.20 |
| Sale | 07/26/17 | -2,431 | $13.5900 | $33,037.29 |
| Sale | 07/26/17 | -2,830 | $13.5200 | $38,261.60 |
| Sale | 07/26/17 | -3,474 | $13.5200 | $46,968.48 |
| Sale | 07/27/17 | -37 | $13.8000 | $510.60 |
| Sale | 07/27/17 | -100 | $13.8000 | $1,380.00 |
| Sale | 07/27/17 | -123 | $13.8000 | $1,697.40 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 07/27/17 | -1,204 | $13.7400 | $16,542.96 |
| Sale | 07/27/17 | -3,303 | $13.7400 | $45,383.22 |
| Sale | 07/27/17 | -4,056 | $13.7400 | $55,729.44 |
| Sale | 07/28/17 | -19 | $13.7700 | $261.63 |
| Sale | 07/28/17 | -52 | $13.7700 | $716.04 |
| Sale | 07/28/17 | -63 | $13.7700 | $867.51 |
| Sale | 07/28/17 | -437 | $13.7000 | $5,986.90 |
| Sale | 07/28/17 | -1,200 | $13.7000 | $16,440.00 |
| Sale | 07/28/17 | -1,474 | $13.7000 | $20,193.80 |
| *Class Period sales (matched to Class Period purchases):* | | *-242,261* | | *$3,917,682.76* |
| | Shares Held | 0 | $14.6435 | $0.00 |

**LIFO Gain/(Loss):** **($1,068,313.90)**