**LABATON SUCHAROW LLP**
THOMAS A. DUBBS
tdubbs@labaton.com
CAROL C. VILLEGAS
cvillegas@labaton.com
LOUIS GOTTLIEB
lgottlieb@labaton.com
FRANCIS P. MCCONVILLE
fmcconville@labaton.com
JEFFREY A. DUBBIN (SBN 287199)
jdubbin@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for State of New Mexico on behalf of New Mexico State Investment Council and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re Snap Inc. Securities Litigation | Case No. 2:17-cv-03679- SVW-AGR |
|---|---|
| | **CLASS ACTION** |
| | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |
| | Date:  February 25, 2019<br>Time:  1:30 p.m.<br>Courtroom:  10A – 10th Floor<br>Judge:  Honorable Stephen V. Wilson |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)

**TO: THE COURT AND ALL PARTIES OF RECORD**

The undersigned, counsel of record for Lead Plaintiff Movant State of New Mexico on behalf of New Mexico State Investment Council ("New Mexico SIC"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection and Interest |
|---|---|
| New Mexico SIC | Lead Plaintiff Movant |

DATED: January 31, 2019

/s/ Jeffrey A. Dubbin
Jeffrey A. Dubbin (SBN 287199)

*Attorney of Record for State of New Mexico on behalf of New Mexico State Investment Council*