# **EXHIBIT B**

**Smilka Melgoza, as Trustee of Smilka Melgoza Trust U/A DTD 04/08/2014**
**LIFO Losses in Snap Inc.**
CP: 3/2/17 - 8/10/17
Retained Shares valued at: $14.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/2/2017 | 3,261 | $24.70 | $80,546.70 | Sale | 3/2/2017 | 10,000 | $25.68 | $256,800.00 |
| Purchase | 3/2/2017 | 4,803 | $24.68 | $118,538.04 | Retained | | 10,000 | $14.64 | $146,434.92 |
| Purchase | 3/2/2017 | 30 | $24.67 | $740.10 | | | | | |
| Purchase | 3/2/2017 | 100 | $24.66 | $2,466.00 | | | | | |
| Purchase | 3/2/2017 | 800 | $24.65 | $19,720.00 | | | | | |
| Purchase | 3/2/2017 | 1,006 | $24.64 | $24,787.84 | | | | | |
| Purchase | 3/3/2017 | 407 | $29.25 | $11,905.28 | | | | | |
| Purchase | 3/3/2017 | 2,400 | $29.25 | $70,202.88 | | | | | |
| Purchase | 3/3/2017 | 4,346 | $29.24 | $127,088.77 | | | | | |
| Purchase | 3/3/2017 | 1,333 | $29.24 | $38,975.72 | | | | | |
| Purchase | 3/3/2017 | 1,514 | $29.24 | $44,262.55 | | | | | |
| | | 20,000 | | $539,233.88 | | | 20,000 | | $403,234.92 |

*LIFO Losses in Snap Inc.*    ($135,998.96)

EXHIBIT B
13

**Rediet Tilahun**
**LIFO Losses in Snap Inc.**
CP: 3/2/17 - 8/10/17
Retained Shares valued at: $14.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/23/2017 | 16,000 | $22.65 | $362,377.60 | Sale | 3/23/2017 | 16,000 | $23.01 | $368,124.80 |
| Purchase | 3/24/2017 | 16,000 | $22.69 | $363,038.40 | Sale | 3/27/2017 | 16,000 | $23.39 | $374,204.80 |
| Purchase | 3/27/2017 | 16,000 | $23.81 | $380,910.40 | Sale | 3/27/2017 | 16,000 | $23.56 | $377,017.60 |
| Purchase | 3/27/2017 | 16,000 | $23.93 | $382,867.20 | Sale | 3/27/2017 | 16,000 | $23.98 | $383,712.00 |
| Purchase | 3/27/2017 | 16,000 | $23.83 | $381,267.20 | Sale | 3/28/2017 | 8,000 | $22.28 | $178,268.80 |
| Purchase | 4/7/2017 | 7,000 | $21.00 | $146,974.10 | Sale | 7/11/2017 | 1,000 | $15.63 | $15,625.00 |
| | | | | | Retained | | 14,000 | $14.64 | $205,008.89 |
| | | 87,000 | | $2,017,434.90 | | | 87,000 | | $1,901,961.89 |

*LIFO Losses in Snap Inc.* ($115,473.01)

EXHIBIT B
14

**Tony Ray Nelson**
**LIFO Losses in Snap Inc.**
CP: 3/2/17 - 8/10/17
Retained Shares valued at: $14.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/2/2017 | 8,193 | $24.49 | $200,646.57 | Retained Shares | | 9,690 | $14.64 | $141,895.44 |
| Purchase | 3/3/2017 | 1,497 | $26.85 | $40,194.45 | | | | | |
| | | 9,690 | | $240,841.02 | | | 9,690 | | $141,895.44 |

*LIFO Losses in Snap Inc.*    ($98,945.58)

EXHIBIT B
15

**Rickey E. Butler**
**LIFO Losses in Snap Inc.**
CP: 3/2/17 - 8/10/17
Retained Shares valued at: $14.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2017 | 5,190 | $26.24 | $136,185.60 | Sale | 7/31/2017 | 5,190 | $13.40 | $69,546.00 |
|  |  | 5,190 |  | $136,185.60 |  |  | 5,190 |  | $69,546.00 |

*LIFO Losses in Snap Inc.* ($66,639.60)

EXHIBIT B
16

**Alan L. Dukes**
**LIFO Losses in Snap Inc.**
CP: 3/2/17 - 8/10/17
Retained Shares valued at: $14.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2017 | 3,000 | $26.90 | $80,700.00 | Sale | 3/3/2017 | 3,000 | $27.99 | $83,970.00 |
| Purchase | 3/3/2017 | 5,000 | $27.90 | $139,500.00 | Sale | 3/7/2017 | 1,000 | $22.00 | $22,000.00 |
| Purchase | 3/3/2017 | 3,000 | $27.90 | $83,700.00 | Sale | 3/7/2017 | 2,000 | $21.62 | $43,240.00 |
| | | | | | Sale | 7/10/2017 | 5,000 | $17.03 | $85,150.00 |
| | | 11,000 | | $303,900.00 | | | 11,000 | | $234,360.00 |

*LIFO Losses in Snap Inc.*   ($69,540.00)

EXHIBIT B
17