# EXHIBIT 2

Exhibit 2
17

SNAP

Stock Prices March 2, 2017 to July 10, 2017

| Date | Close | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 3/2/2017 | 24.48 | 216978300 | 24.00 | 26.05 | 23.50 |
| 3/3/2017 | 27.09 | 148099300 | 26.39 | 29.44 | 26.06 |
| 3/6/2017 | 23.77 | 72804120 | 28.17 | 28.25 | 23.77 |
| 3/7/2017 | 21.44 | 71810660 | 22.21 | 22.50 | 20.64 |
| 3/8/2017 | 22.81 | 49784130 | 22.03 | 23.43 | 21.31 |
| 3/9/2017 | 22.71 | 25768720 | 23.15 | 23.68 | 22.51 |
| 3/10/2017 | 22.07 | 18300540 | 23.36 | 23.40 | 22.00 |
| 3/13/2017 | 21.09 | 20563760 | 22.05 | 22.15 | 20.96 |
| 3/14/2017 | 20.58 | 20000100 | 20.90 | 20.98 | 20.15 |
| 3/15/2017 | 20.77 | 24971500 | 20.08 | 21.40 | 20.05 |
| 3/16/2017 | 19.89 | 25564310 | 20.65 | 20.69 | 19.75 |
| 3/17/2017 | 19.54 | 34180970 | 19.80 | 19.85 | 18.90 |
| 3/20/2017 | 19.93 | 21011700 | 19.94 | 20.43 | 19.72 |
| 3/21/2017 | 20.38 | 20001810 | 20.04 | 20.54 | 19.55 |
| 3/22/2017 | 21.82 | 47375100 | 20.65 | 22.25 | 20.52 |
| 3/23/2017 | 23.13 | 40538930 | 22.69 | 23.30 | 22.22 |
| 3/24/2017 | 22.74 | 17245590 | 23.05 | 23.10 | 22.34 |
| 3/27/2017 | 23.83 | 48321040 | 23.09 | 24.40 | 22.60 |
| 3/28/2017 | 22.21 | 49742610 | 23.31 | 23.36 | 22.17 |
| 3/29/2017 | 22.55 | 31436230 | 21.77 | 22.71 | 21.33 |
| 3/30/2017 | 22.23 | 17078870 | 22.55 | 22.85 | 22.00 |
| 3/31/2017 | 22.53 | 15059550 | 22.05 | 22.62 | 22.00 |
| 4/3/2017 | 22.35 | 12507410 | 22.70 | 22.90 | 22.11 |
| 4/4/2017 | 22.14 | 16304010 | 22.21 | 22.67 | 21.88 |
| 4/5/2017 | 20.70 | 26052010 | 22.15 | 22.22 | 20.67 |
| 4/6/2017 | 20.57 | 21910600 | 20.76 | 20.76 | 20.03 |
| 4/7/2017 | 20.82 | 10570640 | 20.68 | 21.08 | 20.60 |
| 4/10/2017 | 20.97 | 8611389 | 21.09 | 21.27 | 20.70 |
| 4/11/2017 | 20.70 | 13304270 | 21.01 | 21.20 | 20.34 |
| 4/12/2017 | 20.22 | 9342201 | 20.70 | 20.83 | 20.18 |
| 4/13/2017 | 20.19 | 13591660 | 20.20 | 20.37 | 19.81 |
| 4/17/2017 | 19.94 | 11704690 | 20.09 | 20.21 | 19.80 |
| 4/18/2017 | 20.55 | 15956750 | 19.83 | 20.89 | 19.73 |
| 4/19/2017 | 20.62 | 8731762 | 20.50 | 20.91 | 20.41 |
| 4/20/2017 | 21.15 | 10015360 | 20.63 | 21.26 | 20.62 |
| 4/21/2017 | 20.93 | 7740183 | 21.37 | 21.49 | 20.71 |
| 4/24/2017 | 21.20 | 5924496 | 21.20 | 21.30 | 21.01 |
| 4/25/2017 | 21.34 | 9582326 | 21.08 | 21.40 | 20.56 |
| 4/26/2017 | 21.58 | 10004450 | 21.25 | 21.65 | 21.08 |
| 4/27/2017 | 22.01 | 10750770 | 21.58 | 22.12 | 21.58 |
| 4/28/2017 | 22.55 | 9022308 | 22.05 | 22.59 | 22.01 |
| 5/1/2017 | 22.21 | 7946471 | 22.66 | 22.84 | 22.11 |
| 5/2/2017 | 21.99 | 8123217 | 22.37 | 22.37 | 21.75 |
| 5/3/2017 | 21.82 | 7043314 | 21.80 | 22.21 | 21.63 |
| 5/4/2017 | 22.59 | 18985670 | 22.18 | 23.22 | 21.90 |
| 5/5/2017 | 23.19 | 12810190 | 23.08 | 23.25 | 22.51 |

**SNAP**

Stock Prices March 2, 2017 to July 10, 2017

| Date | Close | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 5/8/2017 | 22.46 | 18078600 | 23.17 | 23.57 | 22.23 |
| 5/9/2017 | 23.32 | 17895520 | 22.70 | 23.44 | 22.68 |
| 5/10/2017 | 22.98 | 45283450 | 23.11 | 23.32 | 22.87 |
| 5/11/2017 | 18.05 | 131646700 | 17.96 | 18.90 | 17.59 |
| 5/12/2017 | 19.14 | 68855540 | 18.44 | 19.48 | 18.16 |
| 5/15/2017 | 20.74 | 69730070 | 19.57 | 20.95 | 19.49 |
| 5/16/2017 | 20.78 | 40885030 | 20.54 | 20.88 | 20.15 |
| 5/17/2017 | 19.90 | 29178210 | 20.56 | 20.59 | 19.69 |
| 5/18/2017 | 20.27 | 15969070 | 19.86 | 20.58 | 19.86 |
| 5/19/2017 | 20.00 | 18927630 | 20.42 | 20.64 | 19.93 |
| 5/22/2017 | 20.08 | 9139489 | 20.14 | 20.34 | 20.01 |
| 5/23/2017 | 20.03 | 8234753 | 20.14 | 20.30 | 19.90 |
| 5/24/2017 | 20.53 | 13784860 | 20.20 | 20.62 | 20.00 |
| 5/25/2017 | 21.93 | 24306980 | 20.16 | 21.94 | 20.11 |
| 5/26/2017 | 21.22 | 13363960 | 21.66 | 21.70 | 21.07 |
| 5/30/2017 | 21.45 | 9503996 | 21.30 | 21.58 | 21.01 |
| 5/31/2017 | 21.21 | 9494398 | 21.50 | 21.75 | 21.09 |
| 6/1/2017 | 21.34 | 7140515 | 21.32 | 21.45 | 21.19 |
| 6/2/2017 | 21.09 | 9583642 | 21.34 | 21.45 | 21.00 |
| 6/5/2017 | 20.21 | 15192320 | 20.52 | 20.89 | 20.14 |
| 6/6/2017 | 20.36 | 6664715 | 20.22 | 20.44 | 20.13 |
| 6/7/2017 | 19.56 | 16907550 | 20.37 | 20.49 | 19.45 |
| 6/8/2017 | 18.85 | 32620750 | 19.40 | 19.40 | 18.18 |
| 6/9/2017 | 18.08 | 31079180 | 18.41 | 18.46 | 17.88 |
| 6/12/2017 | 18.20 | 16155470 | 18.05 | 18.43 | 17.56 |
| 6/13/2017 | 18.10 | 11887850 | 18.38 | 18.58 | 18.08 |
| 6/14/2017 | 17.88 | 9438676 | 18.25 | 18.29 | 17.76 |
| 6/15/2017 | 17.00 | 22931640 | 17.72 | 17.75 | 17.00 |
| 6/16/2017 | 17.54 | 18940770 | 17.14 | 17.88 | 17.00 |
| 6/19/2017 | 17.88 | 28839090 | 17.85 | 18.34 | 17.03 |
| 6/20/2017 | 17.31 | 13947540 | 17.82 | 17.89 | 17.23 |
| 6/21/2017 | 17.27 | 8672019 | 17.27 | 17.43 | 17.13 |
| 6/22/2017 | 17.64 | 9866164 | 17.45 | 17.80 | 17.21 |
| 6/23/2017 | 17.54 | 7065833 | 17.82 | 17.82 | 17.47 |
| 6/26/2017 | 17.29 | 9857628 | 17.70 | 17.73 | 17.23 |
| 6/27/2017 | 17.34 | 7714791 | 17.21 | 17.48 | 17.20 |
| 6/28/2017 | 17.76 | 10452110 | 17.34 | 17.78 | 17.33 |
| 6/29/2017 | 17.89 | 12186600 | 17.69 | 18.13 | 17.67 |
| 6/30/2017 | 17.77 | 5986691 | 18.03 | 18.08 | 17.62 |
| 7/3/2017 | 17.59 | 3285663 | 17.91 | 17.92 | 17.45 |
| 7/5/2017 | 17.32 | 6032164 | 17.57 | 17.59 | 17.22 |
| 7/6/2017 | 17.31 | 6185119 | 17.25 | 17.38 | 17.24 |
| 7/7/2017 | 17.18 | 4539713 | 17.33 | 17.38 | 17.15 |
| 7/10/2017 | 16.99 | 8557931 | 17.16 | 17.21 | 16.95 |