# EXHIBIT 4

Exhibit 4
25

1  BORIS FELDMAN, State Bar No. 128838
   Email: boris.feldman@wsgr.com
2  IGNACIO E. SALCEDA, State Bar No. 164017
3  Email: isalceda@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
7  Facsimile: (650) 565-5100
8
   *Attorneys for Defendants Snap Inc.,*
9  *Evan Spiegel, Robert Murphy,*
   *Andrew Vollero, and Imran Khan*
10
11
12                      UNITED STATES DISTRICT COURT
13                      CENTRAL DISTRICT OF CALIFORNIA
14
   IN RE SNAP INC.                    Case No. 17-cv-03679-SVW-AGR
15 SECURITIES LITIGATION
                                      **CLASS ACTION**
16
                                      **DECLARATION OF ATUL**
17                                    **PORWAL**
18
                                      Honorable Stephen V. Wilson
19
20 This Document Relates To: All Actions
21
22
23
24    **REDACTED VERSION OF DOCUMENT PROPOSED TO BE**
                        **FILED UNDER SEAL**
25
26
27
28

DECLARATION OF ATUL PORWAL
No. 17-cv-03679-SVW-AGR

Exhibit 4
26

I, Atul Porwal, declare:

1. I am an Associate General Counsel at Snap Inc. ("Snap"). I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2. On September 5, 2014, Snap granted ▮▮▮▮ a Restricted Stock Unit ("RSU") Award of 100,000 shares of Class A common stock. A true and correct copy of the RSU Award is attached hereto as **Exhibit A.**

3. The shares in the RSU Award were subject to restriction on the ability to sell or transfer the shares for 180 days after the IPO (the "Lock-up Provision").

4. On October 26, 2016, Snap's board of directors approved a distribution of shares of Class A common stock as a dividend to the holders of all preferred stock and common stock outstanding on October 31, 2016. One share of Class A common stock was distributed for each share of preferred stock and common stock outstanding (the "Stock Split"). As a result of the Stock Split, each outstanding equity award was adjusted to entitle the award holder to receive one share of Class A common stock for each outstanding restricted stock award. As a result of the Stock Split, ▮▮▮▮ received another 100,000 shares of Snap.

5. Accordingly, at the time of Snap's IPO on March 2, 2018, ▮▮▮▮ held 200,000 shares of Snap.

6. On March 8, 2017, ▮▮▮▮ requested and was granted a waiver of the Lock-up Provision, which removed the sale restriction on 100,000 shares of ▮▮▮▮ Snap Class A common stock.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 5th day of October, 2018, in Los Angeles, California.

By: /s/ Atul Porwal
Atul Porwal

DECLARATION OF ATUL PORWAL
No. 17-cv-03679-SVW-AGR

-1-

Exhibit 4
27

# EXHIBIT A

# [Sealing Order Requested]