# EXHIBIT 5

Exhibit 5
29

| | |
|---|---|
| 1 | BORIS FELDMAN, State Bar No. 128838 |
| 2 | Email: boris.feldman@wsgr.com |
|   | IGNACIO E. SALCEDA, State Bar No. 164017 |
| 3 | Email: isalceda@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 5 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 6 | Telephone: (650) 493-9300 |
| 7 | Facsimile: (650) 565-5100 |

*Attorneys for Defendants Snap Inc.,*
*Evan Spiegel, Robert Murphy,*
*Andrew Vollero, and Imran Khan*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 17-cv-03679-SVW-AGR |
| | **CLASS ACTION** |
| | **DECLARATION OF WINSTON O. THOMAS** |
| | Honorable Stephen V. Wilson |

This Document Relates To: All Actions

**FILED UNDER SEAL**
**PURSUANT TO CONFIDENTIALITY ORDER**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

DECLARATION
No. 17-cv-03679-SVW-AGR

Exhibit 5
30

1  I, Winston O. Thomas, declare:

2      1.    I am a Vice President at Morgan Stanley Smith Barney LLC ("Morgan Stanley"), which provides wealth management services to ███████. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

    2.    Upon information and belief, at the time of the initial public offering ("IPO") of Snap Inc. on March 2, 2017, ███████ held 200,000 shares of Snap stock issued prior to the IPO.

    3.    Upon information and belief, those shares were subject to restriction on the ability to sell or transfer the shares for 180 days after the IPO (the "Lock-up").

    4.    Morgan Stanley's records reflect that ███████ requested a Waiver of the Lock-up, and on March 8, 2017 the Waiver was granted with respect to 100,000 shares of ███████ Snap Class A Common Stock.

    5.    On March 8, 2017, 100,000 shares of that Snap Class A Common Stock were sold on the open market.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 5th day of October, 2018, in San Francisco, California.

By: *W. O. Th——*
Winston O. Thomas
Vice President
Sr Complex Risk Officer

DECLARATION     -1-
No. 17-cv-03679-SVW-AGR

Exhibit 5
31