# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re Snap Securities Litigation

**CASE NUMBER**

2:17-CV-03679-SVW-AGR

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Porritt, Nicholas I.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 524-4290    (202) 333-2121
*Telephone Number*    *Fax Number*

*E-Mail Address*

of

Levi & Korsinsky, LLP
1101 30th Street, NW, Suite 115
Washington, D.C. 20007
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sharmilli Ghosh

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Movant

**and designating as Local Counsel**

Apton, Adam M.
*Designee's Name (Last Name, First Name & Middle Initial)*

316506    (213) 985-7290    N/A
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

aapton@zlk.com
*E-Mail Address*

of

Levi & Korsinsky, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 5, 2019**

*signature*

**STEPHEN V. WILSON, U.S. District Judge**