**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
NICOLE T. SCHWARTZBERG (Bar No. 326212)
nschwartzberg@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen and Shawn B. Dandridge, and Class Counsel for the Class*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION <br><br> This Document Relates To: All Actions. | Case No. 2:17-cv-03679-SVW-AGR <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION REGARDING SETTLEMENT AND CASE DEADLINES** <br><br> Courtroom: 10A, 10th Floor <br> Judge: Hon. Stephen V. Wilson |

This stipulation is entered into between Class Representatives Smilka Melgoza, on behalf of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen, and Shawn B. Dandridge ("Plaintiffs"), and Defendants Snap Inc. ("Snap"), Evan Spiegel, Andrew Vollero, Robert Murphy, and Imran Khan ("Defendants") (collectively, the "Parties").

WHEREAS, the Parties have reached a settlement agreement in principle to resolve all claims in this litigation on a class-wide basis;

WHEREAS, this case is currently set for trial to begin on March 24, 2020 (ECF No. 326) ("Trial Date");

WHEREAS, this Court has set certain pretrial deadlines (ECF Nos. 109, 326), and the Local Civil Rules for the Central District of California likewise provide for certain pretrial deadlines ("Pretrial Deadlines");

WHEREAS, on December 23, 2019, the Court granted Plaintiffs' Motion to Approve the Form and Manner of Class Notice (ECF No. 355), which directed Class Notice to be issued by January 17, 2020 (ECF No. 342-8) ("Class Notice Deadline," and together with the Trial Date and Pretrial Deadlines, the "Deadlines"); and

WHEREAS, the Parties request that the Court vacate all Deadlines to allow the Parties to prepare final settlement documentation and submit a motion for preliminary approval of the proposed class action settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, that:

1. All Deadlines, including the Trial date, are vacated.

2. Plaintiffs shall file a motion for preliminary approval of the proposed class action settlement on or before March 2, 2020.

**IT IS SO STIPULATED.**

Dated: January 17, 2020                    Respectfully submitted,

                                                    **KESSLER TOPAZ**
                                                        **MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
SHARAN NIRMUL (*Pro Hac Vice*)
snirmul@ktmc.com
ETHAN J. BARLIEB (*Pro Hac Vice*)
ebarlieb@ktmc.com
NATHAN HASIUK (*Pro Hac Vice*)
nhasiuk@ktmc.com
JONATHAN F. NEUMANN (*Pro Hac Vice*)
jneumann@ktmc.com
SAMUEL C. FELDMAN (*Pro Hac Vice*)
sfeldman@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512

- and -

JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
NICOLE T. SCHWARTZBERG (Bar No. 326212)
nschwartzberg@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen and Shawn B. Dandridge, and Class Counsel for the Class*

**ROSMAN & GERMAIN LLP**
DANIEL L. GERMAIN (Bar No. 143334)
Germain@lalawyer.com
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788 0877
Facsimile: (818) 788-0885

*Liaison Counsel for the Class*

**LARSON O'BRIEN LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonobrienlaw.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonobrienlaw.com
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Local Counsel for Lead Plaintiffs*

**THE SCHALL LAW FIRM**
BRIAN SCHALL (Bar No. 290685)
brian@schallfirm.com
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192

*Additional Counsel for Lead Plaintiffs Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, and Rediet Tilahun*

Dated: January 17, 2020

**WILSON SONSINI**
  **GOODRICH & ROSATI, P.C.**

*/s/ Ignacio E. Salceda*
IGNACIO E. SALCEDA (Bar No. 164017)
isalceda@wsgr.com
BORIS FELDMAN (Bar No. 128838)
boris.feldman@wsgr.com
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants Snap Inc., Evan Spiegel, Robert Murphy, Andrew Vollero, and Imran Khan*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Sharan Nirmul, hereby attest that the other signatory listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Sharan Nirmul
SHARAN NIRMUL (*Pro Hac Vice*)