UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions. | Case No. 2:17-cv-03679-SVW-AGR<br><br>**CLASS ACTION**<br><br>ORDER GRANTING JOINT STIPULATION REGARDING SETTLEMENT AND CASE DEADLINES |

The Joint Stipulation Regarding Settlement and Case Deadlines, having been considered, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The relief sought in the Joint Stipulation is **GRANTED**.
2. All Deadlines, including the Trial date, are vacated.
3. Plaintiffs shall file a motion for preliminary approval of the proposed class action settlement on or before March 2, 2020.

**IT IS SO ORDERED.**

DATED this 21st day of January 2020.

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE