1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR <br><br> **CLASS ACTION** <br><br> **ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Honorable Stephen V. Wilson |

This Document Relates To:  All Actions

The Joint Stipulation Regarding Motion For Preliminary Approval Of Settlement, having been considered, and good cause appearing therefore, it is hereby ordered that:

1. Plaintiffs shall have until on or before March 20, 2020 to file a motion for preliminary approval of the Parties' settlement.

**IT IS SO ORDERED.**

DATED: March 3, 2020

_____
Honorable Stephen V. Wilson
United States District Judge