**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen and Shawn B. Dandridge, and Class Counsel for the Class*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions. | Case No. 2:17-cv-03679-SVW-AGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE TO THE CLASS**<br><br>Date:        April 21, 2020<br>Time:       1:30 p.m.<br>Courtroom: 10A, 10th Floor<br>Judge:      Hon. Stephen V. Wilson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 21, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Stephen V. Wilson, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 10th Floor, Courtroom 10A, Los Angeles, California, 90012, Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen, and Shawn B. Dandridge will and hereby do move for the entry of an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation and Agreement of Settlement dated March 20, 2020 ("Stipulation");[1] (ii) approving the forms and manner for giving notice of the proposed Settlement to the Class; and (iii) setting a hearing date for final approval of the Settlement, as well as the schedule for various deadlines in connection with the Settlement. Pursuant to Civil Local Rule 7-3, Class Representatives conferred with Counsel for Defendants. Counsel for Defendants have stated that Defendants do not opposed this motion.

This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Sharan Nirmul in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice to the Class ("Nirmul Declaration"), the Stipulation and all of its exhibits attached to the Nirmul Declaration as Exhibit 1, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, and all pleadings and papers filed in this Action, the arguments of counsel, and any other matter that the Court may consider at the hearing on this motion.

---

[1]   All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation. The Stipulation is attached to the Nirmul Declaration filed herewith.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2020 | Respectfully submitted, |
| 2 | | **KESSLER TOPAZ** |
| 3 | | **MELTZER & CHECK, LLP** |
| 4 | | */s/ Sharan Nirmul* |
| | | SHARAN NIRMUL (*Pro Hac Vice*) |
| 5 | | snirmul@ktmc.com |
| | | NATHAN HASIUK (*Pro Hac Vice*) |
| 6 | | nhasiuk@ktmc.com |
| 7 | | JONATHAN F. NEUMANN (*Pro Hac Vice*) |
| | | jneumann@ktmc.com |
| 8 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 9 | | Telephone: (610) 667-7706 |
| | | Facsimile: (267) 948-2512 |
| 10 | | |
| 11 | | - and - |
| 12 | | JENNIFER L. JOOST (Bar No. 296164) |
| | | jjoost@ktmc.com |
| 13 | | STACEY M. KAPLAN (Bar No. 241989) |
| 14 | | skaplan@ktmc.com |
| | | One Sansome Street, Suite 1850 |
| 15 | | San Francisco, CA 94104 |
| | | Telephone: (415) 400-3000 |
| 16 | | Facsimile: (415) 400-3001 |
| 17 | | *Attorneys for Class Representatives Smilka* |
| 18 | | *Melgoza, as trustee of the Smilka Melgoza Trust* |
| | | *U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray* |
| 19 | | *Nelson, Rickey E. Butler, Alan L. Dukes, Donald R.* |
| | | *Allen and Shawn B. Dandridge, and Class Counsel* |
| 20 | | *for the Class* |
| 21 | | **ROSMAN & GERMAIN LLP** |
| 22 | | DANIEL L. GERMAIN (Bar No. 143334) |
| | | Germain@lalawyer.com |
| 23 | | 16311 Ventura Boulevard, Suite 1200 |
| | | Encino, CA 91436 |
| 24 | | Telephone: (818) 788 0877 |
| | | Facsimile: (818) 788-0885 |
| 25 | | |
| 26 | | *Liaison Counsel for the Class* |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | |
| 2 | **LARSON O'BRIEN LLP** |
|   | STEPHEN G. LARSON (Bar No. 145225) |
| 3 | slarson@larsonobrienlaw.com |
|   | PAUL A. RIGALI (Bar No. 262948) |
| 4 | prigali@larsonobrienlaw.com |
|   | 555 South Flower Street, Suite 4400 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 436-4888 |
| 6 | Facsimile: (213) 623-2000 |

*Local Counsel for Class Representatives*

**THE SCHALL LAW FIRM**
BRIAN SCHALL (Bar No. 290685)
brian@schallfirm.com
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192

*Additional Counsel for Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, and Rediet Tilahun*