**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorneys for Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen and Shawn B. Dandridge, and Class Counsel for the Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions. | Case No. 2:17-cv-03679-SVW-AGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHARAN NIRMUL IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE TO THE CLASS**<br><br>Date:         April 21, 2020<br>Time:        1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:       Hon. Stephen V. Wilson |

I, Sharan Nirmul, declare as follows:

1. I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP in Radnor, Pennsylvania, and I am admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice to the Class.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement, dated March 20, 2020 (the "Stipulation").

4. Attached to the Stipulation as Exhibit A is a true and correct copy of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

5. Attached to the Stipulation as Exhibit A-1 is a true and correct copy of the Postcard Notice.

6. Attached to the Stipulation as Exhibit A-2 is a true and correct copy of the Notice of (I) Pendency of Class Action and Proposed Settlement of Federal Case; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearing.

7. Attached to the Stipulation as Exhibit A-3 is a true and correct copy of the Summary Notice of (I) Pendency of Class Action and Proposed Settlement of Federal Case and State Cases; (II) Motions for Awards of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearings.

8. Attached to the Stipulation as Exhibit A-4 is a true and correct copy of the Notice Ads.

9. Attached to the Stipulation as Exhibit A-5 is a true and correct copy of the Proof of Claim and Release Form.

10. Attached to the Stipulation as Exhibit B is a true and correct copy of the [Proposed] Judgment Approving Class Action Settlement.

11. Attached hereto as **Exhibit 2** is a true and correct copy of the Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses in *Mild v. PPG Industries, Inc. et al.*, No. 2:18-cv-04231-RGK-JEM, ECF No. 132 (C.D. Cal. Oct. 25, 2019).

12. Attached hereto as **Exhibit 3** is a true and correct copy of the Order Awarding Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4) in *Daniel Turocy v. El Pollo Loco Holdings, Inc. et al.*, 8:15-cv-01343-DOC-KES, ECF No. 219 (C.D. Cal. Aug. 27, 2019).

13. Attached hereto as **Exhibit 4** is a true and correct copy of the Judgment Approving Class Action Settlement and Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses in *Sunil Sudunagunta v. Nantkwest, Inc. et al.*, No. 2:16-cv-01947-MWF-JEM, ECF No. 188 (C.D. Cal. May 13, 2019).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on March 20, 2020, in Radnor, Pennsylvania.

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

By: /s/ *Sharan Nirmul*
  Sharan Nirmul