1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: All Actions. | ORDER RESETTING DATE FOR FINAL SETTLEMENT HEARING |
| | Courtroom:   10A, 10th Floor |
| | Judge:        Hon. Stephen V. Wilson |

1  WHEREAS, a securities class action is pending in this Court entitled *In re Snap Inc. Securities Litigation*, Case No. 2:17-cv-03679-SVW-AGR ("Action");

2  WHEREAS, Class Representatives Smilka Melgoza, as trustee of the Smilka Melgoza Trust U/A DTD 04/08/2014, Rediet Tilahun, Tony Ray Nelson, Rickey E. Butler, Alan L. Dukes, Donald R. Allen, and Shawn B. Dandridge (collectively, "Class Representatives") and defendants Snap Inc., Evan Spiegel, Robert Murphy, Andrew Vollero, Imran Khan, Joanna Coles, A.G. Lafley, Mitchell Lasky, Michael Lynton, Stanley Meresman, Scott D. Miller, Christopher Young, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, and Allen & Company LLC (collectively, "Defendants" and together with Class Representatives, the "Parties") have reached a settlement of the Action ("Settlement");

WHEREAS, by Order dated April 27, 2020 ("Preliminary Approval Order"), the Court preliminarily approved the Settlement and approved the forms and method of notifying the Class of the Settlement;

WHEREAS, pursuant to the Preliminary Approval Order, notice of the Settlement includes joint notices advising the Class of both this Settlement and the settlement of the related State Court litigation, *Hsieh, et al. v. Snap Inc., et al.*, Superior Court of California, County of Los Angeles, No. BC669394, *Iuso v. Snap Inc., et al.*, Superior Court of California, County of San Mateo, No. 17CIV03710 ("State Settlement");

WHEREAS, under the terms of the Settlement and pursuant to the Preliminary Approval Order, both this Court and the State Court are required to preliminarily approve their respective settlements and the joint notices prior to notice being issued to the Class;

WHEREAS, the State Court plaintiffs filed their motion for preliminary approval of the State Settlement on April 27, 2020; a hearing on the State Court plaintiffs' motion for preliminary approval of the State Settlement is scheduled for August 5, 2020;

WHEREAS, the Court has reviewed and considered Class Representatives' Status Report and request for modification of the final settlement hearing date scheduled for August 31, 2020 and is otherwise fully advised of the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Class Representatives' request is **GRANTED**.

2. The final settlement hearing scheduled for August 31, 2020 to determine whether, among other things, the proposed Settlement is fair, reasonable, and adequate to the Class and should be finally approved by the Court, is reset for November 30, 2020 at 1:30 p.m. The Court will hold the Settlement Hearing in Courtroom 10A-10th Floor of the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

3. The Court may adjourn the Settlement Hearing or decide to hold the Settlement Hearing telephonically without further notice to the Class.

4. The Court retains jurisdiction to consider all further applications arising out of or connected with the Settlement.

**IT IS SO ORDERED.**

DATED this 17th day of July 2020

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE